Argued March 16, affirmed April 12, reconsideration denied May 12, petition for review denied June 15, 1976

In the Matter of the Dissolution of the Marriage of
GAUB, *Respondent,*
*and*
GAUB, *Appellant.*
(No. 79428, CA 5293)
548 P2d 178

*Ralph C. Spooner,* Salem, argued the cause for appellant. With him on the brief was Bruce W. Williams, P.C., Salem.

*Myron L. Enfield,* Salem, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Foley and Lee, Judges.

PER CURIAM.

**PER CURIAM.**

This is a contest between the parents for the custody of their five-year-old daughter. In our de novo review of the record we conclude that the trial judge, who had the advantage of seeing and hearing the witnesses, was correct in concluding that the child's best interests would be served by awarding custody to the father. *See Tingen v. Tingen,* 251 Or 458, 459, 446 P2d 185 (1968).

Affirmed.